# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

162121(9)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* CERTIFIED QUESTIONS FROM THE
UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF MICHIGAN,
SOUTHERN DIVISION
_____

AFT MICHIGAN,
               Plaintiff,                            SC: 162121
v                                                 USDC-ED: 4:17-cv-13292

PROJECT VERITAS, et al.,
               Defendants,
and

MICHIGAN ATTORNEY GENERAL,
               Intervening Defendant.
_____/

On order of the Chief Justice, the motion for the temporary admission of out-of-state attorney Joseph E. Sandler to practice *pro hac vice* is GRANTED.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2020

Clerk